OREGON & C. R. CO. v. UNITED STATES (three cases).

(Circuit Court of Appeals, Ninth Circuit. May 16, 1901

Nos. 639, 640, 641.

PUBLIC LANDS—RAILROAD GRANTS—VESTING OF TITLE TO INDEMNITY LANDS.
    Under the land grants to the Oregon & California Railroad Company of July 25, 1866 (14 Stat. 239), and May 4, 1870 (16 Stat. 94), the title to all lands within the indemnity limits remained in the United States, and such lands subject to disposition and to settlement under the homestead and pre-emption laws, until the fact of a deficiency in the primary grant had been ascertained, the indemnity lands in lieu thereof selected, and such selections approved by the secretary of the interior.

Appeals from the Circuit Court of the United States for the District of Oregon.

For opinion below, see 101 Fed. 316.

Wm. D. Fenton, Wm. Senger, Jr., and Wm. F. Herrin, for appellants.

John H. Hall, U. S. Atty.

Chas. J. Schnabel, for settlers.

Before ROSS and MORROW, Circuit Judges, and HAWLEY, District Judge.

PER CURIAM. On the authority of Hewitt v. Schultz (February 15, 1901) 21 Sup. Ct. 309, 45 L. Ed. 463; Grinnell v. Railroad Co., 103 U. S. 739, 26 L. Ed. 456; St. Paul & S. C. R. Co. v. Winona & St. P. R. Co., 112 U. S. 720, 5 Sup. Ct. 334, 28 L. Ed. 872; Sioux City & St. P. R. Co. v. Chicago, M. & St. P. Ry. Co., 117 U. S. 406, 6 Sup. Ct. 790, 29 L. Ed. 928; U. S. v. Missouri, K. & T. Ry. Co., 141 U. S. 374, 12 Sup. Ct. 13, 35 L. Ed. 766,—the judgment in each of the above-entitled cases is affirmed.